## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | **CIVIL ACTION NO. 1:09-CV-0233** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **FRANKLIN TENNIS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of June, 2010, upon consideration of plaintiff's

request for appointment of counsel (Doc. 35), and it appearing, at this juncture of

the litigation, that plaintiff is capable of proceeding on his own and that review of

the claims reveals that they implicate neither complex legal or factual issues nor

require factual investigation or the testimony of expert witnesses, see Tabron v.

Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for

counsel), it is hereby ORDERED that plaintiff's motion (Doc. 35) is DENIED.  If

further proceedings demonstrate the need for counsel, the matter will be

reconsidered either *sua sponte* or upon motion of plaintiff.  See id.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge