# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | CIVIL ACTION NO. 1:09-CV-0233 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **FRANKLIN TENNIS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of September, 2010, upon consideration of plaintiff's request for appointment of counsel (Doc. 47), and it appearing, at this juncture of the litigation, that plaintiff is capable of proceeding on his own and that review of the claims reveals that they implicate neither complex legal or factual issues nor require factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that plaintiff's motion (Doc. 47) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge