# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | **CIVIL ACTION NO. 1:09-CV-0233** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **FRANKLIN TENNIS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 1st day of November, 2010, upon consideration plaintiff's second motion for appointment of counsel (Doc. 56), it is hereby ORDERED that: the motion is DENIED for the same reasons set forth in the prior order denying counsel (Doc. 52).

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge