# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | **CIVIL ACTION NO. 1:09-CV-0233** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **FRANKLIN TENNIS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of April, 2011, upon consideration of plaintiff's motion for appointment of counsel (Doc. 69) filed on March 28, 2011, and it appearing that defendants' motion for summary judgment was granted on March 16, 2011 (Doc. 65), and judgment was entered (Docs. 66-67) in favor of defendants and against plaintiff, it is hereby ORDERED that plaintiff's motion for appointment of counsel (Doc. 69) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge